# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

In the Matter of: Ingram v. Corporate Receivables, Inc., et al.

Case Number:

## 02C 6608

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) JUDGE NORGLE

**Plaintiff**

MAGISTRATE JUDGE SCHENKIER

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | Daniel A. Edelman | NAME | Cathleen M. Combs |
| FIRM | Edelman, Combs & Latturner, LLC | FIRM | Edelman, Combs & Latturner, LLC |
| STREET ADDRESS | 120 S. LaSalle Street, 18th Floor | STREET ADDRESS | 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60603 | CITY/STATE/ZIP | Chicago, Illinois 60603 |
| TELEPHONE NUMBER | (312) 739-4200 | TELEPHONE NUMBER | (312) 793-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 00712094 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 00472840 |
| MEMBER OF TRIAL BAR? | YES X NO ☐ | MEMBER OF TRIAL BAR? | YES X NO ☐ |
| TRIAL ATTORNEY? | YES X NO ☐ | TRIAL ATTORNEY? | YES X NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO X |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | Adela C. Lucchesi |
| NAME | James O. Latturner | NAME | Adela C. Lucchesi |
| FIRM | Edelman, Combs & Latturner, LLC | FIRM | Edelman, Combs & Latturner, LLC |
| STREET ADDRESS | 120 S. LaSalle Street, 18th Floor | STREET ADDRESS | 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60603 | CITY/STATE/ZIP | Chicago, Illinois 60603 |
| TELEPHONE NUMBER | (312) 739-4200 | TELEPHONE NUMBER | (312) 739-4200 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 01588095 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 06271305 |
| MEMBER OF TRIAL BAR? | YES X NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO X |
| TRIAL ATTORNEY? | YES X NO ☐ | TRIAL ATTORNEY? | YES ☐ NO X |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO X | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO X |

1-3

## INSTRUCTIONS FOR COMPLETING APPEARANCE FORM

1. General Information

General Rule 3.15 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete the attorney appearance section of the form.

This form is designed to permit the filing of appearances by up to four attorneys who represent the same party or parties. If more than four attorneys representing the same party or parties wish to file appearances, additional forms should be used and the letters (A), (B), (C), and (D) indicating the attorneys should be altered to (E), (F), (G), (H), respectively for the fifth through the eighth attorneys, etc.

2. Listing of Parties for Whom the Attorney is Appearing

The names of each of the parties represented by the attorney(s) filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney(s) for." The type of party, *e.g.*, plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, *e.g.*, all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. Completing Attorney Information

The information requested should be completed for each attorney filing an appearance. Where two or more attorneys are from the same firm, only the first listed from the firm need complete the information for firm name, street address, and city/state/ZIP. The others may indicate "Same as (letter designation of first attorney)."

4. Identification Number

Attorneys who are members of the Illinois bar should enter the identification number issued to them by the Illinois Attorney Registration and Disciplinary Commission (ARDC). Attorneys who are not members of the Illinois bar should leave this item blank.

5. Attorney (A) and Notices

Where more than one attorney is listed on the appearance form, all listed will be entered on the docket of the Clerk, as attorneys of record. However, notices will only be mailed to the attorney shown in box (A) on the form except where local counsel has been designated pursuant to General Rule 3.13 (see below). The attorney is responsible for notifying all other attorneys included on the form of the matter noticed.

Where appearances are filed on behalf of attorneys representing a state or local government, *e.g.*, states attorney, corporation counsel, the persons filing the appearance may wish to list the name of the assistant who is in active charge of the case in box (A) and the appearance of the head of the agency, *e.g.*, attorney general, corporation counsel, or any other assistant assigned to such cases in subsequent boxes. In that way, the assistant in active charge will receive notice.

6. Appearances and Trial Bar Membership

All attorneys filing appearances must indicate whether or not they are members of the trial bar of this Court and whether or not they are the attorney who will try the case in the event that it goes to trial.

In criminal actions, an attorney who is not a member of the trial bar may not file an individual appearance. Pursuant to General Rule 3.10, a member of the trial bar must accompany such attorney and must also file an appearance.

In civil actions, an attorney who is not a member of the trial bar should designate the trial bar attorney who will try the case in the event that it goes to trial. If a trial bar attorney is not listed on the initial appearance and the case goes to trial, a trial bar attorney, pursuant to General Rule 3.15, must obtain leave of court to file an appearance.

7. Designation of Local Counsel

Pursuant to General Rule 3.13, an attorney who does not have an office in this District may appear before this Court "only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made." No attorney having an office in this District may designate local counsel. No attorney may designate more than one attorney as local counsel. Notices will be mailed by the Clerk's Office to both the attorney shown in box (A) and the attorney designated as local counsel.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TERRANCE N. INGRAM

## DEFENDANTS
CORPORATE RECEIVABLES, INC., and
OSI COLLECTION SERVICES, INC.

**02C 6608**

**(b)** County of Residence of First    JO DAVIESS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

JUDGE NORGLE

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
EDELMAN, COMBS & LATTURNER, LLC.
120 S. LASALLE STREET 18TH FLOOR
CHICAGO, IL 60603
(312) 739-4200

Attorneys (If Known)

MAGISTRATE JUDGE SCHENKIER

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government
    Plaintiff

☐ 2 U.S. Government
    Defendant

X 3 Federal Question
    (U.S. Government Not a Party)

☐ 4 Diversity
    (Indicate Citizenship of Parties
    in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 365 Personal Injury — |    of Property 21 USC 881 |    28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
|    & Enforcement of |    Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
|    Judgment | ☐ 330 Federal Employers' |    Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights |    Corrupt Organizations |
| ☐ 151 Medicare Act |    Liability |    Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** |    Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
|    Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | |    Exchange |
|    (Excl. Veterans) |    Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) |    12 USC 3410 |
|    of Veteran's Benefits | ☐ 355 Motor Vehicle |    Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits |    Product Liability | ☐ 385 Property Damage |    Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal |    Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability |    Injury | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |    & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment |    Sentence | ☐ 790 Other Labor Litigation |    or Defendant) |    Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ |    Habeas Corpus: | | ☐ 871 IRS—Third Party |    Justice |
| ☐ 240 Torts to Land |    Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. |    26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |    Security Act | |    State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | X 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original
   Proceeding

☐ 2 Removed from
   State Court

☐ 3 Remanded from
   Appellate Court

☐ 4 Reinstated or
   Reopened

☐ 5 Transferred from
   another district
   (specify)

☐ 6 Multidistrict
   Litigation

☐ 7 Appeal to
   District
   Judge from
   Magistrate
   Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §1692k

## VII. REQUESTED IN COMPLAINT:
x CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes    No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE           DOCKET NUMBER

DATE 9/17/02      SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

| RECEIPT # | AMOUN | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.       (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b.)** County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.      Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.      Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.   Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TERRENCE N. INGRAM,      )
                             )
         Plaintiff,      )
                             )
         v.               )     **02C 6608**
                             )
CORPORATE RECEIVABLES,      )
INC. and OSI COLLECTION      )     JUDGE NORGLE
SERVICES, INC.,      )
                             )
         Defendants.      )    MAGISTRATE JUDGE SCHENKIER

## COMPLAINT – CLASS ACTION

## MATTERS COMMON TO MULTIPLE CLAIMS

### INTRODUCTION

     1.     Plaintiff brings this action to secure redress against unlawful credit and

collection practices engaged in by defendants Corporate Receivables, Inc. and OSI Collection

Services, Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692

et seq. ("FDCPA").

### JURISDICTION AND VENUE

     2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C.

§1692k (Fair Debt Collection Practices Act). Venue in this District is proper because defendants

transact business within the district and because defendants' collection letters were received within

the district.

### PARTIES

     3.     Plaintiff Terrence N. Ingram is an individual who resides at 8384 N.

Broadway, Apple River, IL 61001.

    4.    Defendant Corporate Receivables, Inc. is an Arizona corporation with its principal offices at 7600 N. 16th St., Suite 100, Phoenix, AZ 85020.

    5.    Corporate Receivables, Inc. is engaged in the business of a collection agency. It is a "debt collector" as defined in the FDCPA.

    6.    Defendant OSI Collection Services, Inc. is a Delaware corporation which does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Chicago, IL 60604.

    7.    OSI Collection Services, Inc. is engaged in the business of a collection agency. It is a "debt collector" as defined in the FDCPA.

## FACTS

    8.    On or about the following dates, defendant OSI Collection Services, Inc. mailed plaintiff the following collection letters, seeking to collect an alleged balance due on a debt incurred for home improvements. Plaintiff received each letter shortly after it was mailed.

| Date | Exhibit |
|------|---------|
| Dec. 8, 2001 | A |
| Jan. 11, 2002 | B |
| Feb. 26, 2002 | C |
| March 26, 2002 | D |
| April 23, 2002 | E |
| May 2, 2002 | F |

    9.    Exhibit A is the first letter plaintiff received from defendant OSI Collection

2

Services, Inc. concerning the debt referred to.

10.     On information and belief, Exhibit A was the first letter defendant OSI Collection Services, Inc. sent plaintiff regarding the debt referred to.

11.     On information and belief, Exhibit A is a standard form which defendant OSI Collection Services, Inc. uses as its initial demand letter.

12.     On or about June 5, 2002, defendant Corporate Receivables, Inc. mailed plaintiff the collection letter attached as Exhibit G, seeking to collect the same alleged balance due on a debt incurred for home improvements. Plaintiff received it shortly thereafter.

13.     Exhibit G is the first letter plaintiff received from defendant Corporate Receivables, Inc. concerning the debt referred to.

14.     On information and belief, Exhibit G was the first letter defendant Corporate Receivables, Inc. sent plaintiff regarding the debt referred to.

15.     On information and belief, Exhibit G is a standard form which defendant Corporate Receivables, Inc. uses as its initial demand letter.

## COUNT I – VIOLATIONS OF THE FDCPA BY OSI

16.     Plaintiff incorporate ¶¶ 1-15. This claim is against OSI Collection Services, Inc.

17.     Exhibit A does not clearly state the "amount of the debt," as required by 15 U.S.C. §1692g, because it provides an "amount now due" and a "total balance," which are not the same amount, without explanation. Furthermore, the "amount now due" is larger than the "total balance." The letter is also confusing, in violation of 15 U.S.C. §1692e.

18.     Section 1692g provides:

3

### § 1692g.        Validation of debts [Section 809 of P.L.]

**Notice of debt; contents**

(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing--

(1)    the amount of the debt;

(2)    the name of the creditor to whom the debt is owed;

(3)    a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4)    a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5)    a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. . . .

19.    Exhibits B-F also contain an "amount now due" and a "total balance," without explanation.  In each case, the "amount now due" is larger than the "total balance."

20.    These letters are confusing and violate 15 U.S.C. §1692e.

## CLASS ALLEGATIONS

21.    Plaintiff brings this claim on behalf of two classes, A and B.

22.    Class A consists of (a) all natural persons (b) with Illinois addresses (c) who were sent an initial letter by OSI Collection Services, Inc. (d) seeking to collect an amount allegedly owed to Household, (e) on or after a date one year prior to the filing of this action, (f) that contains

an "amount now due" that is different than a "total balance.".

23.     Class B consists of (a) all natural persons (b) with Illinois addresses (c) who were sent a letter by OSI Collection Services, Inc. (d) seeking to collect an amount allegedly owed to Household, (e) on or after a date one year prior to the filing of this action, (f) that contains an "amount now due" that is different than a "total balance."

24.     Each class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of each class.

25.     There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether each letter violates the FDCPA.

26.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

27.     Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

28.     A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible. Congress expressly contemplated class actions to enforce the FDCPA.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant OSI Collection Services, Inc. for:

a.      Statutory damages;

b.      Attorney's fees, litigation expenses and costs of suit;

5

c.　　Such other or further relief as the Court deems proper.

## COUNT II – VIOLATIONS OF THE FDCPA BY CORPORATE RECEIVABLES

29.　　Plaintiff incorporate ¶¶ 1-15. This claim is against Corporate Receivables, Inc.

30.　　Exhibit G does not clearly state the "amount of the debt," as required by 15 U.S.C. §1692g, because it provides an "amount" at the top and then states "The balance includes the principal amount due and may include interest and all late charges or other penalties, if applicable, under the default provisions of your contract with the creditor. You may wish to consult the default provisions of your contract to confirm these additional charges, if any."

31.　　This leaves it entirely unclear whether the amount given is the complete amount of the debt.

32.　　Exhibit G also adds a writing requirement not contained in § 1692g, stating: "Unless you notify this office, in writing, within thirty days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid."

### CLASS ALLEGATIONS

33.　　Plaintiff brings this claim on behalf of a class, consisting of (a) all natural persons (b) with Illinois addresses (c) who were sent a letter in the form represented by Exhibit G, (d) seeking to collect an amount allegedly owed to Household, (e) on or after a date one year prior to the filing of this action.

34.　　The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

35.　　There are questions of law and fact common to the members of the class,

6

which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibit G violates the FDCPA.

36.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

37.     Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

38.     A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible. Congress expressly contemplated class actions to enforce the FDCPA.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant Corporate Receivables, Inc. for:

a.     Statutory damages;

b.     Attorney's fees, litigation expenses and costs of suit;

c.     Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
EDELMAN, COMBS & LATTURNER, LLC

7

120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

       Plaintiff demands trial by jury.

Daniel A. Edelman

# EXHIBIT A

PO BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

OSI Collection Services, Inc.
866-604-5391

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N.A. |
| **ACCOUNT #:** |
| 1150055009551 |
| **DATE:** |
| DECEMBER 08, 2001 |
| **AMOUNT NOW DUE:** |
| $1,726.15 |
| **TOTAL BALANCE:** |
| **$1,363.56** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# COLLECTION NOTICE

Dear Terrance N Ingram,

Under separate communication, you should have been notified that your Sears, Roebuck and Company Home Improvement account is now owned by Household Bank (S.B.), N.A.

OSI Collection Services, Inc. has been retained by Household Bank to pursue collection of the amount now due on your account.

Sears will continue to provide you with billing statements; you may refer to your latest Sears statement for a summary of all charges. Please make your check or money order payable to Sears, Roebuck and Company, and remit in the enclosed envelope.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return this portion to the address shown below with your payment.

SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N.A. |
| **ACCOUNT #:** |
| 1150055009551 |
| **DATE:** |
| DECEMBER 08, 2001 |
| **AMOUNT NOW DUE:** |
| $1,726.15 |
| **TOTAL BALANCE:** |
| **$1,363.56** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
005859716

# EXHIBIT B

19376-8

005859716 (4644) 99.00
PO BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

OSI Collection Services, Inc.
866-604-5391

| CREDITOR: |
| HOUSEHOLD BANK (S.B.), N.A. |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| JANUARY 11, 2002 |
| AMOUNT NOW DUE: |
| $1,767.56 |
| TOTAL BALANCE: |
| **$1,404.92** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# PLEASE RESPOND

Dear Terrance N Ingram,

Your Sears Home Improvement account is now owned by Household Bank (S.B.), N.A.
OSI Collection Services, Inc. has been retained by Household Bank to collect the now-due
amount on your delinquent Sears Home Improvement account. Sears will continue to
provide you with billing statements; you may refer to your latest Sears statement for a
summary of all charges.

Attempts to reach you via telephone have been unsuccessful. Household Bank wishes to
resolve this matter in an amicable manner, which requires your cooperation.

Please contact OSI at our toll-free number, (866) 604-5391, between the hours of 8:00 AM
and 9:00 PM EST to establish payment arrangements, and to avoid further collection
activity.

Make your check or money order, in the now-due amount, payable to Sears, Roebuck and
Company, and remit to the address below.

*This is an attempt to collect a debt and any information obtained will be used for
that purpose. This communication is from a debt collector.*

 ⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return
this portion to the address shown
below with your payment.

| CREDITOR: |
| HOUSEHOLD BANK (S.B.), N.A |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| JANUARY 11, 2002 |
| AMOUNT NOW DUE: |
| $1,767.56 |
| TOTAL BALANCE: |
| **$1,404.92** |

SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
005859716

# EXHIBIT C

OSI Collection Services, Inc.
866-604-5391

005859716 (4648) 99.00
PO BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

| CREDITOR: |
| :---: |
| HOUSEHOLD BANK (S.B.), N.A. |
| **ACCOUNT #:** |
| 1150055009551 |
| **DATE:** |
| FEBRUARY 26, 2002 |
| **AMOUNT NOW DUE:** |
| $1,851.67 |
| **TOTAL BALANCE:** |
| **$1,491.11** |

|||||||||||||||||||||||||||||||||||||||
TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# PLEASE RESPOND

Dear Terrance N Ingram,

Your Sears Home Improvement account is now owned by Household Bank (S.B.), N.A.
OSI Collection Services, Inc. has been retained by Household Bank to collect the now-due
amount on your delinquent Sears Home Improvement account. Sears will continue to
provide you with billing statements; you may refer to your latest Sears statement for a
summary of all charges.

Household Bank wishes to resolve this matter in an amicable manner, which requires your
cooperation. However, OSI does not have a current telephone number for you.

Please contact OSI at our toll-free number, (866) 604-5391, between the hours of 8:00 AM
and 9:00 PM EST to establish payment arrangements, and to avoid further collection
activity.

Make your check or money order, in the now-due amount, payable to Sears, Roebuck and
Company, and remit to the address below.

***This is an attempt to collect a debt and any information obtained will be used for
that purpose. This communication is from a debt collector.***

 ⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return
this portion to the address shown
below with your payment.

|||||||||||||||||||||||||||||||||||||||
SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

| CREDITOR: |
| :---: |
| HOUSEHOLD BANK (S.B.), N.A. |
| **ACCOUNT #:** |
| 1150055009551 |
| **DATE:** |
| FEBRUARY 26, 2002 |
| **AMOUNT NOW DUE:** |
| $1,851.67 |
| **TOTAL BALANCE:** |
| **$1,491.11** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
005859716

# EXHIBIT D

OSI Collection Services, Inc.
866-604-5391

005859716 (4648) 99.00
PO BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

| CREDITOR: |
| :---: |
| HOUSEHOLD BANK (S.B.), N.A. |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| MARCH 26, 2002 |
| AMOUNT NOW DUE: |
| $1,895.11 |
| TOTAL BALANCE: |
| **$1,532.90** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# PLEASE RESPOND

Dear Terrance N Ingram,

Your Sears Home Improvement account is now owned by Household Bank (S.B.), N.A.
OSI Collection Services, Inc. has been retained by Household Bank to collect the now-due amount on your delinquent Sears Home Improvement account. Sears will continue to provide you with billing statements; you may refer to your latest Sears statement for a summary of all charges.

Household Bank wishes to resolve this matter in an amicable manner, which requires your cooperation. However, OSI does not have a current telephone number for you.

Please contact OSI at our toll-free number, (866) 604-5391, between the hours of 8:00 AM and 9:00 PM EST to establish payment arrangements, and to avoid further collection activity.

Make your check or money order, in the now-due amount, payable to Sears, Roebuck and Company, and remit to the address below.

*This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.*

⬇ Detach Here ⬇

*Important:*
To insure proper credit, please return
this portion to the address shown
below with your payment.

SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

| CREDITOR: |
| :---: |
| HOUSEHOLD BANK (S.B.), N.A. |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| MARCH 26, 2002 |
| AMOUNT NOW DUE: |
| $1,895.11 |
| TOTAL BALANCE: |
| **$1,532.90** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
005859716

# EXHIBIT E

005859716 (4648) 99.00
PO BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

OSI Collection Services, Inc.
866-604-5391

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N.A. |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| APRIL 23, 2002 |
| AMOUNT NOW DUE: |
| $1,936.90 |
| TOTAL BALANCE: |
| **$1,577.72** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# PLEASE RESPOND

Dear Terrance N Ingram,

Your Sears Home Improvement account is now owned by Household Bank (S.B.), N.A. OSI Collection Services, Inc. has been retained by Household Bank to collect the now-due amount on your delinquent Sears Home Improvement account. Sears will continue to provide you with billing statements; you may refer to your latest Sears statement for a summary of all charges.

Household Bank wishes to resolve this matter in an amicable manner, which requires your cooperation. However, OSI does not have a current telephone number for you.

Please contact OSI at our toll-free number, (866) 604-5391, between the hours of 8:00 AM and 9:00 PM EST to establish payment arrangements, and to avoid further collection activity.

Make your check or money order, in the now-due amount, payable to Sears, Roebuck and Company, and remit to the address below.

*This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.*

⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return this portion to the address shown below with your payment.

SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N.A. |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| APRIL 23, 2002 |
| AMOUNT NOW DUE: |
| $1,936.90 |
| TOTAL BALANCE: |
| **$1,577.72** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
005859716

# EXHIBIT F

OSI Collection Services, Inc.
866-604-5391

BOX 551-340
JACKSONVILLE, FL 32255-1340
FORWARDING SERVICE REQUESTED

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| MAY 02, 2002 |
| AMOUNT NOW DUE: |
| $19,369.00 |
| TOTAL BALANCE: |
| **$1,577.72** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

# COLLECTION NOTICE

Dear Terrance N Ingram,

Under separate communication, you should have been notified that your Sears, Roebuck and Company Home Improvement account is now owned by Household Bank (S.B.), N.A.

OSI Collection Services, Inc. has been retained by Household Bank to pursue collection of the amount now due on your account.

Sears will continue to provide you with billing statements; you may refer to your latest Sears statement for a summary of all charges. Please make your check or money order payable to Sears, Roebuck and Company, and remit in the enclosed envelope.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

 ⬇ Detach Here ⬇

*Important:*
To insure proper credit, please return this portion to the address shown below with your payment.

SEARS ROEBUCK AND COMPANY
PO BOX 182149
COLUMBUS OH 43218-2149

| CREDITOR: |
|---|
| HOUSEHOLD BANK (S.B.), N.A |
| ACCOUNT #: |
| 1150055009551 |
| DATE: |
| MAY 02, 2002 |
| AMOUNT NOW DUE: |
| $19,369.00 |
| TOTAL BALANCE: |
| **$1,577.72** |

TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401
006826336

P1BNC658 36   UD183MS001*NC6*

# EXHIBIT G

P.O. Box 32995
Phoenix, AZ 85064-2995

RETURN SERVICE REQUESTED

**CORPORATE RECEIVABLES, INC.**

P.O. BOX 32995
PHOENIX, AZ 85064-2995
(800) 643-2376 • (602) 749-1200

Reference Client: HOUSEHOLD BANK (SB) N.A.
Client Acct#: 0206604900139604
Reference #: 1958418
Amount: $1622.43

June 5, 2002

1958418 - 1
TERRANCE N INGRAM
8384 N BROADWAY RD
APPLE RIVER IL 61001-9401

Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ 85064-2995

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ Return top portion with your payment. ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

## * THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY *

THE ABOVE ACCOUNT HAS BEEN PLACED WITH THIS OFFICE FOR COLLECTION. THE BALANCE INCLUDES THE PRINCIPAL AMOUNT DUE AND MAY INCLUDE INTEREST AND ALL LATE CHARGES OR OTHER PENALTIES, IF APPLICABLE, UNDER THE DEFAULT PROVISIONS OF YOUR CONTRACT WITH THE CREDITOR. YOU MAY WISH TO CONSULT THE DEFAULT PROVISIONS OF YOUR CONTRACT TO CONFIRM THESE ADDITIONAL CHARGES, IF ANY.

IT IS OUR UNDERSTANDING THAT YOUR DEFAULT IS A REFUSAL TO PAY THIS OBLIGATION. YOU ARE AFFORDED CERTAIN RIGHTS UNDER LAW IF YOU DISPUTE ANY OR ALL OF THIS DEBT AS IS FURTHER SET FORTH BELOW. WE ENCOURAGE YOU TO REVIEW THIS INFORMATION AND TO CONTACT OUR OFFICE TO PROTECT YOUR CREDIT -- YOUR MOST VALUABLE ASSET.

IF YOU WOULD LIKE TO USE YOUR VISA OR MASTERCARD, YOU CAN CALL 1-800-634-3422. THIS IS THE PHONE NUMBER FOR WESTERN UNION. THEY WILL ASK YOU FOR A CITY CODE WHICH IS "VALLEY, AZ". THE ACCOUNT NUMBER IS ABOVE YOUR NAME IN THIS LETTER. IF YOU DECIDE TO USE THIS METHOD TO HONOR YOUR OBLIGATION, CONTACT THIS OFFICE WITH THE RECEIPT NUMBER WESTERN UNION GIVES YOU ONCE THE TRANSACTION IS COMPLETE.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FOR EACH CHECK THAT IS RETURNED DUE TO NON-SUFFICIENT FUNDS, THERE WILL BE A $15.00 SERVICE CHARGE.

UNLESS YOU NOTIFY THIS OFFICE, IN WRITING, WITHIN THIRTY DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE WITHIN THIRTY DAYS FROM RECEIVING THIS NOTICE THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE WITHIN THIRTY DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.